IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>  Plaintiff, | : CIVIL ACTION<br>:<br>: |
| RAYMOND ROSS,<br>  Intervener/<br>  Counterclaim Defendant, | :<br>:<br>: |
| v. | :<br>: |
| THE VANGUARD GROUP, INC.,<br>  Defendant/<br>  Counterclaim Plaintiff | :<br>: NO. 04-cv-4126<br>: |

## ORDER

AND NOW, this 6th day of September, 2006, upon consideration of The Vanguard Group, Inc.'s Motion to Hold Raymond Ross and E-JCL Software, Inc. in Contempt of Court and accompanying Declaration (Docket Nos. 67, 68), and the Response of Intervener Raymond Ross thereto (Docket No. 69), it is hereby ORDERED that the Motion is DENIED.

It is furthered ORDERED that Mr. Ross is instructed to produce for inspection pursuant to the Court's Order dated July 14, 2006 all computers that he owns or possesses.

                BY THE COURT:


                S/Gene E.K. Pratter
                GENE E.K. PRATTER
                UNITED STATES DISTRICT JUDGE